Christopher N. Coyle, OSB #073501
VANDEN BOS & CHAPMAN, LLP
319 SW Washington St., Ste. 520
Portland, OR 97204
Telephone: 503-241-4869
Fax: 503-241-3731

Of Attorneys for Debtor-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | Case No. 20-31938-tmb11 |
| Dinkel Family Farms, LLC | DEBTOR'S SUBMISSIONS PURSUANT TO ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE |
| Debtor-in-Possession | |

Pursuant to the Order of this Court, Debtor-in-Possession, Dinkel Family Farms, LLC ("Debtor"), hereby submits the following:

1.      Debtor's cash flow analysis, prepared on a weekly (first 5 weeks) followed by a monthly basis, from the petition date to August 30, 2020, is attached as **Exhibit A** and incorporated herein by this reference.

2.       Debtor's financial information regarding 2017 is attached as **Exhibit B** and incorporated herein by this reference. Financial information for tax years 2018 and 2019 is being prepared at this time.

3.      A statement of the income and expenses of the Debtor since the date of the filing of the petition is attached as **Exhibit C** and incorporated herein by this reference. Expenses have been and are being paid in the ordinary course of business.

DEBTOR'S SUBMISSIONS PURSUANT TO ORDER SETTING
SCHEDULING AND CASE MANAGEMENT CONFERENCE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

4.      Debtor expects to employ the following professionals during the course of the

reorganization:

a.  Christopher N. Coyle of Vanden Bos & Chapman, LLP (Debtor's general

bankruptcy counsel).

b.  Northwest Financial Consulting as consultant to provide consultant

services for the Debtor in the preparation and confirmation of a Plan.

c.  Sherman Sherman Johnnie & Hoyt, LLP as special counsel to advise

Debtor regarding insurance coverage for the Ryen claim, which is an

expertise possessed by the selected Professional.

d.  Jered Reid as special counsel to represent the debtor regarding issues

relating to the Grassman Lease.

e.  Kevin Clonts as special counsel, to represent and defend Debtor regarding

litigation filed against the Debtor by Ryen Farms, LLC.

| Professional | Estimated Fees |
|---|---|
| Vanden Bos & Chapman, LLP (Attorneys) | $57,200.00 |
| Northwest Financial Consulting (Consultant) | $5,000 |
| Sherman Sherman Johnnie & Hoyt, LLP (Special Counsel) | $2,500.00 |
| Jared Reid (Special Counsel) | $7,500 |
| Kevin Clonts (special Counsel) | N/A |

5.      Attached as **Exhibit D** are monthly budgets for the anticipated fees and

expenses of Vanden Bos & Chapman, LLP, Northwest Financial Consulting, and Sherman

Sherman Johnnie & Hoyt through December, 2020.  The attached budget for the

professionals is an estimate only; the budget is not intended to establish either a minimum

or maximum that might be charged by the professionals.  The professionals reserve the

DEBTOR'S SUBMISSIONS PURSUANT TO ORDER SETTING
SCHEDULING AND CASE MANAGEMENT CONFERENCE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

right to seek compensation in amounts above the attached budget if the time expended
exceeds the estimates.

Dated:  July 14, 2020                    VANDEN BOS & CHAPMAN, LLP


                                         By:/s/Christopher N. Coyle
                                            Christopher N. Coyle, OSB #073501
                                            Of Attorneys for Debtor-in-Possession

Page 3 of 3       DEBTOR'S SUBMISSIONS PURSUANT TO ORDER SETTING
                  SCHEDULING AND CASE MANAGEMENT CONFERENCE

VANDEN BOS & CHAPMAN, LLP
Attorneys at Law
319 SW Washington Street, Suite 520
Portland, Oregon 97204-2690
(503) 241-4869

Case 20-31938-tmb11     Doc 41     Filed 07/14/20

**Dinkel Family Farms, LLC**

PROJECTED CASH FLOW

Period of June 21, 2020 through August 2020

| | Week #1 | Week #2 | Week #3 | Week #4 | Week #5 | Period of Week #6 | Month of | TOTAL PERIOD OF 06/21/20 |
|---|---|---|---|---|---|---|---|---|
| WEEK #/MONTH<br>WEEK/MONTH ENDING | 06/21/20 | 06/28/20 | 07/05/20 | 07/12/20 | 07/19/20 | 07/26/20 | Aug '20 | Aug '20 |
| **BEGINNING CASH BALANCE** | 409,482 | 376,532 | 337,032 | 334,832 | 297,132 | 296,382 | 261,882 | |
| **ONE TIME CASH CONTRIBUTIONS** | - | | | | | | | |
| **CASH RECEIPTS** | | | | | | | | |
| Hay Sales | | | | | | | | - |
| Grass Seed Sales | | | | | | | | - |
| Garlic Seed Sales | | | | | | | | - |
| Insurance Proceeds (Damages) | | | | | | | | - |
| Government Subsidies/Grants | | | | | | | | - |
| **TOTAL CASH RECEIPTS** | - | - | - | - | - | - | - | - |
| **CASH DISBURSEMENTS** | | | | | | | | |
| **Business Operations** | | | | | | | | |
| Advertising | | | | | | | | - |
| Car and Truck Expense | | | | | | | | |
| Chemicals | | 5,000 | | | | | 45,000 | 50,000 |
| Custom Hire | | | | | | | | - |
| Dues, Subscrip, fees | | | | | | | | - |
| Fertilizer | 2,500 | | | | | | 60,000 | 62,500 |
| Freight | | | | | | | | - |
| Fuel/Oil | 300 | 300 | 300 | 20,000 | 300 | 300 | 23,600 | 45,100 |
| Insurance | 450 | 2,200 | 1,900 | | 450 | 2,200 | 2,350 | 9,550 |
| Irrigation | | | | | | | | |
| Leases/equip rent | | | | 4,000 | | | | 4,000 |
| Office Supplies | | | | | | | | |
| Operational Supplies | 8,700 | | | 700 | | | 700 | 10,100 |
| Payroll Expense | | 12,000 | | 12,000 | | 12,000 | 24,000 | 60,000 |
| Professional Fees | | | | | | | | - |
| Hay/Feed purchased | | | | | | | | - |
| Rent | | | | | | | | |
| Repairs | 20,000 | 5,000 | | | | 5,000 | 5,000 | 35,000 |
| Taxes | | | | | | | | |
| Utilities | 1,000 | 15,000 | | 1,000 | | 15,000 | 16,000 | 48,000 |
| | | | | | | | | - |
| | | | | | | | | - |
| Total Business Expenses | 32,950 | 39,500 | 2,200 | 37,700 | 750 | 34,500 | 176,650 | 324,250 |
| **TOTAL CASH DISBURSEMENTS** | 32,950 | 39,500 | 2,200 | 37,700 | 750 | 34,500 | 176,650 | 324,250 |
| **CHANGE IN CASH** | (32,950) | (39,500) | (2,200) | (37,700) | (750) | (34,500) | (176,650) | |
| **ENDING CASH BALANCE** | 376,532 | 337,032 | 334,832 | 297,132 | 296,382 | 261,882 | 85,232 | |

PROJECTED CASH FLOW - Notes

(1) First cutting of hay expected within two weeks with sales proceeds paid after August

**Exhibit A - Page 1 of 1**

# SCHEDULE F
## (Form 1040)
Department of the Treasury
Internal Revenue Service    (99)

# Profit or Loss From Farming

▶ Attach to Form 1040, Form 1040NR, Form 1041, Form 1065, or Form 1065-B.
▶ Go to www.irs.gov/ScheduleF for instructions and the latest information.

OMB No. 1545-0074

**2017**

Attachment
Sequence No. **14**

Name of proprietor: **BARRY L. DINKEL**

Social security number (SSN): **-7662**

**A** Principal crop or activity
**CROPS**

**B** Enter code from Part IV ▶ **1119 00**

**C** Accounting method: [X] Cash   Accrual

**D** Employer ID number (EIN) **46-3455856**

**E** Did you 'materially participate' in the operation of this business during 2017? If "No," see instructions for limit on passive losses.  [X] Yes   No

**F** Did you make any payments in 2017 that would require you to file Form(s) 1099 (see instructions)?   [X] Yes   No

**G** If 'Yes,' did you or will you file required Forms 1099?   [X] Yes   No

## Part I Farm Income - Cash Method. Complete Parts I and II /Accrual method, Complete Parts II and III, and Part I, line 9.

| | | | |
|---|---|---|---|
| 1a | Sales of livestock and other resale items (see instructions) | 1a | |
| b | Cost or other basis of livestock or other items reported on line 1a | 1b | |
| c | Subtract line 1b from line 1a | 1c | |
| 2 | Sales of livestock, produce, grains, and other products you raised | 2 | 1,967,652. |
| 3a | Cooperative distributions (Form(s) 1099-PATR) | 3a | | 3b Taxable amount | 3b | |
| 4a | Agricultural program payments (see instructions) | 4a | | 4b Taxable amount | 4b | |
| 5a | Commodity Credit Corporation (CCC) loans reported under election | | | 5a | |
| b | CCC loans forfeited | 5b | | 5c Taxable amount | 5c | |
| 6 | Crop insurance proceeds and federal crop disaster payments (see instructions) | | | |
| a | Amount received in 2017 | 6a | | 6b Taxable amount | 6b | |
| c | If election to defer to 2018 is attached, check here ▶ | D | 6d Amount deferred from 2016 | 6d | |
| 7 | Custom hire (machine work) income | 7 | |
| 8 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 8 | |
| 9 | Gross income. Add amounts in the right column (lines 1c, 2, 3b, 4b, 5a, 5c, 6b, 6d, 7, and 8). If you use the accrual method, enter the amount from Part III, line 50 | 9 | 1,967,652. |

## Part II Farm Expenses - Cash and Accrual Method.   Do not include personal or living expenses. See instructions.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10 | Car and truck expenses (see instructions). Also attach **Form 4562** | 10 | 7,413. | 23 | Pension and profit-sharing plans | 23 | |
| 11 | Chemicals | 11 | 115,897. | 24 | Rent or lease (see instructions): | | |
| 12 | Conservation expenses (see instructions) | 12 | | a | Vehicles, machinery, equipment | 24a | 15,541. |
| 13 | Custom hire (machine work) | 13 | | b | Other (land, animals, etc.) | 24b | 256,095. |
| 14 | Depreciation and section 179 expense (see instructions) | 14 | 413,975. | 25 | Repairs and maintenance | 25 | 207,380. |
| | | | | 26 | Seeds and plants | 26 | 7,063. |
| 15 | Employee benefit programs other than on line 23 | 15 | | 27 | Storage and warehousing | 27 | |
| 16 | Feed | 16 | 24,200. | 28 | Supplies | 28 | 45,644. |
| 17 | Fertilizers and lime | 17 | 155,715. | 29 | Taxes | 29 | 89,065. |
| 18 | Freight and trucking | 18 | | 30 | Utilities | 30 | 114,155. |
| 19 | Gasoline, fuel, and oil | 19 | 50,656. | 31 | Veterinary, breeding, and medicine | 31 | |
| 20 | Insurance (other than health) | 20 | 42,202. | 32 | Other expenses (specify): | | |
| 21 | Interest: | | | a | **SEE STATEMENT 11** | 32a | 324,545. |
| a | Mortgage (paid to banks, etc.) | 21a | | b | | 32b | |
| b | Other | 21b | 18,871. | c | | 32c | |
| 22 | Labor hired (less employment credits) | 22 | 257,267. | d | | 32d | |
| | | | | e | | 32e | |
| | | | | f | | 32f | |

| | | | |
|---|---|---|---|
| 33 | Total expenses. Add lines 10 through 32f. If line 32f is negative, see instructions ▶ | 33 | 2,145,684. |
| 34 | Net farm profit or (loss). Subtract line 33 from line 9 | 34 | -178,032. |

If a profit, stop and see instructions for where to report. If a loss, complete lines 35 and 36.

**35** Did you receive an applicable subsidy in 2017? (see instructions)   Yes   [X] No

**36** Check the box that describes your investment in this activity and see instructions for where to report your loss.

a   [X] All investment is at risk.   b   Some investment is not at risk.

LHA   For Paperwork Reduction Act Notice, see the separate instructions.   Schedule F (Form 1040) 2017

Summary
**_Income/Expense Budget for Dinkel Family Farms, LLC_**

| June - Aug 24, 2020 | | |
|---|---|---|
| Advertising | | $0 |
| Car and Truck Expense | | $0 |
| Chemicals | | $50,000 |
| Custom Hire | | $0 |
| Dues, Subscrip, fees | | $0 |
| Fertilizer | | $62,500 |
| Freight | | $0 |
| Fuel/oil | | $45,400 |
| Insurance | | $9,550 |
| Irrigation | | $0 |
| Leases/equip rent | | $4,000 |
| Office Supplies | | $0 |
| Operational Supplies | | $10,100 |
| Payroll Expense | | $60,000 |
| Professional Fees | | $0 |
| Hay/Feed purchased | | $0 |
| Rent | | $0 |
| Repairs | | $35,000 |
| Taxes | | $0 |
| Utilities | | $48,000 |
| | | $0 |
| | | $0 |
| | | |
| **TOTAL EXPENSES** | = | **$324,550** |

| Income for Interim Period | June | July | August | Totals |
|---|---|---|---|---|
| Beginning Cash | $61.39 | | | |
| PPP | $14,976.00 | | | **$14,976.00** |
| | | | | **$0.00** |
| Cash Collateral | $70,981.66 | | | **$70,981.66** |
| | | | | **$0.00** |
| | | | | **$0.00** |
| | | | | **$0.00** |
| | | | | **$0.00** |
| | | | | **$0.00** |
| | | | | **$0.00** |
| | | | | **$0.00** |
| | | | | **$0.00** |
| | | | | **$0.00** |
| **Balance Available** | **$86,019.05** | **$0.00** | **$0.00** | **$85,957.66** |
| Expenses (less int. and dep.) | $72,750.00 | $75,150.00 | $176,650.00 | $324,550.00 |
| **Net Income** | **$13,269.05** | **-$75,150.00** | **-$176,650.00** | **-$238,592.34** |

**Exhibit C Page 1 of 1**          Case 20-31938-tmb11    Doc 41    Filed 07/14/20

**Estimated Professional Fees and Expenses**
**6/2020 to 12/2020**

| Professional | $44,002.00 | $44,032.00 | $44,063.00 | $44,094.00 | $44,124.00 | $44,155.00 | $44,185.00 | Total |
|---|---|---|---|---|---|---|---|---|
| Vanden Bos & Chapman, LLP | $9,000.00 | $1,200.00 | $9,000.00 | $15,000.00 | $15,000.00 | $4,000.00 | $4,000.00 | $57,200.00 |
| Northwest Financial Consulting (Consultant) | $500.00 | $500.00 | $1,000.00 | $2,000.00 | $1,000.00 | $0.00 | $0.00 | $5,000.00 |
| Sherman Sherman Johnnie & Hoyt, LLP (Special Counsel) | $500.00 | $1,000.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| Jered Reid (Special Counsel) | $0.00 | $2,500.00 | $2,500.00 | $2,500.00 | $0.00 | $0.00 | $0.00 | $7,500.00 |
| Kevin Clonts (Special Counsel) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

CERTIFICATE - TRUE COPY

DATE:        July 14, 2020

DOCUMENT:    DEBTOR'S SUBMISSIONS PURSUANT TO ORDER SETTING
             SCHEDULING AND CASE MANAGEMENT CONFERENCE

    I hereby certify that I prepared the foregoing copy of the foregoing named document and have carefully compared the same with the original thereof and it is a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

    I hereby certify that I served a copy of the foregoing on:

Dinkel Family Farms, LLC
c/o Barry L. Dinkel
PO Box 240
Culver, OR  97734

by mailing a copy of the above-named document to each of the above in a sealed envelope addressed to the same at the last known address.  Each envelope was deposited into the postal system at Portland, Oregon, on the below date, postage prepaid.

    I hereby certify that the foregoing was served on all CM/ECF participants through the Court's Case Management/Electronic Case File system on the date set forth below.

Dated:  July 14, 2020          VANDEN BOS & CHAPMAN, LLP

By:/s/Christopher N. Coyle_____
    Christopher N. Coyle, OSB #073501
    Of Attorneys for Debtor-in-Possession